

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 27, 2021

BY ECF
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:  *Jared Searles v. United States*, 21 Civ. 6570 (RA)

Dear Judge Abrams:

    This Office represents the United States of America in the above-referenced matter.  On August 13, the Court issued an Order and Notice of Initial Conference, requiring the parties to submit a joint letter by October 15, and scheduling an initial conference for October 22 at 3:15 p.m.  ECF No. 6.  On September 24, the Government filed a motion to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  ECF No. 8.

    In the interest of judicial economy, this Office respectfully requests that the Court adjourn the initial conference *sine die* and not require the parties to prepare the joint letter described in the Court's August 13 Order during the pendency of the motion to dismiss.  Plaintiff consents to this request, the parties' first request to adjourn the initial conference.

    We thank the Court for its consideration of this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York
*Attorney for the United States of America*

By:   */s/ Ilan Stein*
     ILAN STEIN
     Assistant United States Attorney
     86 Chambers Street, Third Floor
     New York, NY 10007
     Tel.:  (212) 637-2525
     Fax:  (212) 637-2730
     ilan.stein@usdoj.gov

Application granted.  The conference scheduled for October 22, 2021 is hereby adjourned *sine die*.  The parties are no longer required to submit the joint letter described in the Court's August 13 order.

SO ORDERED.

_____
Hon. Ronnie Abrams
9/29/2021

cc: Plaintiff's counsel (by ECF)