UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JARED SEARLES,

                Plaintiff,

  v.

UNITED STATES OF AMERICA,

                Defendant.

No. 21-CV-6570 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On November 26, 2022, Plaintiff filed an amended complaint in this matter. On December 9, 2022, Defendant timely filed a motion to dismiss the amended complaint. To date, Plaintiff has not filed a response. If Plaintiff intends to file an opposition to the motion to dismiss, he shall do so by January 27, 2023.

SO ORDERED.

Dated:    January 20, 2023
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge