UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARED SEARLES,

                Plaintiff,

v.

UNITED STATES OF AMERICA,

                Defendant.

No. 21-CV-6570 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 24, 2023, the Court ordered Plaintiff's counsel to: (1) by May 24, 2023, provide justification for his request to file, six months after the deadline, Plaintiff's opposition to the Government's motion to dismiss the amended complaint, and (2) by May 31, 2023, file an affidavit on the docket stating he shared a copy of the Court's order with Plaintiff which indicated the numerous deadlines he has failed to meet.

As of June 1, 2023, Plaintiff's counsel has failed to comply with that order. Accordingly, the Court deems the motion to dismiss fully briefed. The Clerk of Court is respectfully directed to strike the opposition to the motion dismiss at docket entry 29. If Plaintiff's counsel fails to file an affidavit Court's May 31, 2023 by June 9, 2023, he may be sanctioned.

SO ORDERED.

Dated:   June 2, 2023
            New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge